GARMAN TURNER GORDON LLP
DYLAN T. CICILIANO
Nevada Bar. No. 12348
Email: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

THOMAS L. MOTT (*Pro Hac Vice Forthcoming*)
Email: Thomas.Mott@srz.com
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000
Fax: (212) 593-5955

*Attorneys for Defendant New SPS Pod LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RUFAEL KEBEDE MULUGETA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WALGREEN CO, a foreign corporation; RADIENZ LIVING f/k/a U.S. NONWOVENS, Foreign LLC; NEW SPS POD LLC, d/b/a RADIENZ LIVING, a Foreign LLC; DOES I through X; and ROE CORPORATIONS II through X, inclusive,<br><br>　　　　　Defendants. | Case: 2:23-cv-00881-RFB-DJA<br><br>**UNOPPOSED MOTION TO CONTINUE THE TIME FOR DEFENDANT NEW SPS POD LLC TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF NO. 21] AND WALGREEN'S ANSWER TO COMPLAINT AND CROSS CLAIM [ECF NO. 23]** |
| WALGREEN CO,<br><br>　　　　　Cross-Claimant,<br><br>v.<br><br>RADIENZ LIVING f/k/a U.S. NONWOVENS, Foreign LLC; NEW SPS POD, LLC dba RADIENZ LIVING, a Foreign LLC;<br><br>　　　　　Cross-Defendants. | |

1  Defendant New SPS Pod LLC ("New SPS Pod"), by and through counsel, Garman Turner Gordon LLP and Schulte Roth & Zabel LLP, hereby files this *Unopposed Motion to Continue the Time for Defendant New SPS Pod LLC to Respond to Plaintiff's First Amended Complaint [ECF NO. 21] and Walgreen's Answer to Complaint and Cross Claim [ECF NO. 23]* ("Motion") and states as follows in support.  New SPS Pod has conferred with counsel for Plaintiff Rufael Kebede Mulugeta ("Plaintiff") and counsel for Defendant and Crossclaim-Plaintiff Walgreen Co. ("Walgreen"), and both Plaintiff and Walgreen consent to the extensions of time sought herein.

On January 17, 2024, Plaintiff filed his First Amended Complaint ("Complaint") [ECF No. 21] and on that same day the Court issued a Summons to New SPS Pod and a Summons to Radienz Living f/k/a U.S. Nonwovens [ECF No. 22].  On January 29, 2024, Walgreen filed its Answer to Complaint and Cross Claim ("Cross Claim") [ECF No. 23], which asserted cross claims against New SPS Pod as well as Radienz Living f/k/a U.S. Nonwovens.

Despite its registered agent being served with the Complaint on or around January 25, 2024, New SPS Pod was not notified by its registered agent of the Complaint until February 21, 2024, which is when New SPS Pod first learned of the Action.

On March 1, 2024, New SPS Pod appeared in the Action and filed a stipulation signed by Plaintiff's counsel regarding an extension of New SPS Pod's time to respond to the Complaint [ECF No. 27].  On March 4, 2024, the Court denied the stipulation without prejudice after finding that the stipulation did not comply with Local Rules 7-1(c) and IA 6-1(a).  That stipulation is the only time, other than the instant Motion, that New SPS Pod has requested an extension in this Action.

Since becoming aware of the Action two weeks ago, New SPS Pod has worked diligently to retain local counsel, investigate the claims, confer with counsel for Plaintiff and counsel for Walgreen about the claims, and seek an extension of its time to respond to the claims.

New SPS Pod respectfully requests extensions of its time to respond to Plaintiff's Complaint and Walgreen's Cross Claim until April 1, 2024, and both parties, respectively, have consented to such relief.  There is a good faith basis for the extensions because New SPS Pod

was not aware of the Action until February 21, 2024, due to New SPS Pod's registered agent failing to notify New SPS Pod of the Complaint until that date. Further, the claims asserted against New SPS Pod and New SPS Pod's potential defenses to those claims are complex, including because (i) New SPS Pod was formed on September 21, 2022, and thus did not exist at the time of Plaintiff's alleged injury, which allegedly occurred on or about August 2, 2021, and (ii) Radienz Living, LLC is currently a debtor in a chapter 7 bankruptcy proceeding that was commenced on June 12, 2023, in the U.S. Bankruptcy Court in the District of Delaware under Case No. 23-10763-KBO. Additionally, New SPS Pod is hopeful that the extension of time to respond will allow the parties to continue to negotiate a voluntary dismissal of New SPS Pod from the Action.

Accordingly, New SPS Pod respectfully requests, and Plaintiff and Walgreen have each consented to such request, that its responses to Plaintiff's Complaint and Walgreen's Cross Claim be due no later than April 1, 2024.

DATED this 6th day of March 2024.

GARMAN TURNER GORDON LLP

/s/ Dylan T. Ciciliano
DYLAN T. CICILIANO
Nevada Bar. No. 12348
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

THOMAS L. MOTT (*Pro Hac Vice Forthcoming*)
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000
Fax: (212) 593-5955
*Attorneys for Defendant/Cross-Defendant New SPS Pod LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED : 3/7/2024

## CERTIFICATE OF SERVICE

The undersigned, an employee of Garman Turner Gordon LLP, hereby certifies that on March 6, 2024, she caused a copy of the foregoing **UNOPPOSED MOTION TO CONTINUE THE TIME FOR DEFENDANT NEW SPS POD LLC TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF NO. 21] AND WALGREEN'S ANSWER TO COMPLAINT AND CROSS CLAIM [ECF NO. 23]**, to be served electronically to all parties of interest through the Court's CM/ECF system.

| | |
|---|---|
| MARCUS A. BERG | GEORGE M. RANALLI |
| Nevada Bar No. 9760 | Nevada Bar No. 5748 |
| BOYD B. MOSS, III | VICKI L. DRISCOLL |
| Nevada Bar No. 8856 | Nevada Bar No. 3939 |
| JOHN C. FUNK | JASON ANDREW FOWLER |
| Nevada Bar No. 9255 | Nevada Bar No. 8074 |
| MOSS BERG INJURY LA WYERS | RANALLI & ZANIEL, LLC |
| 4101 Meadows Lane, Suite 110 | 2340 W. Horizon Ridge Parkway, Suite 100 |
| Las Vegas, Nevada 89107 | Henderson, NV 89052 |
| Tel: (702) 222-4555 | Tel: (702) 477-7774 |
| Fax: (702) 222-4556 | Fax: (702) 477-7778 |
| E-mail: marcus@mossberglv.com | E-mail: ranalliservice@ranallilawyers.com |
| boyd@mossberglv.com | vdriscoll@ranallilawyers.com |
| john@mossberglv.com | jfowler@ranallilawyers.com |
| *Attorneys for Plaintiff Rufael Kebede Mulugeta* | *Attorneys for Defendant/Cross-Claimant Walgreen Co.* |