GARMAN TURNER GORDON LLP
DYLAN T. CICILIANO
Nevada Bar. No. 12348
Email: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

THOMAS L. MOTT (*Pro Hac Vice Forthcoming*)
Email: Thomas.Mott@srz.com
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000
Fax: (212) 593-5955

*Attorneys for Defendant New SPS Pod LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RUFAEL KEBEDE MULUGETA,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO, a foreign corporation; RADIENZ LIVING f/k/a U.S. NONWOVENS, Foreign LLC; NEW SPS POD LLC, d/b/a RADIENZ LIVING, a Foreign LLC; DOES I through X; and ROE CORPORATIONS II through X, inclusive,<br><br>Defendants. | Case: 2:23-cv-00881-RFB-DJA<br><br>**SECOND UNOPPOSED MOTION TO CONTINUE THE TIME FOR DEFENDANT NEW SPS POD LLC TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF NO. 21] AND WALGREEN'S ANSWER TO COMPLAINT AND CROSS CLAIM [ECF NO. 23]** |
| WALGREEN CO,<br><br>Cross-Claimant,<br><br>v.<br><br>RADIENZ LIVING f/k/a U.S. NONWOVENS, Foreign LLC; NEW SPS POD, LLC dba RADIENZ LIVING, a Foreign LLC;<br><br>Cross-Defendants. | |

Garman Turner Gordon LLP
Attorneys At Law
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1 of 4

Defendant New SPS Pod LLC ("New SPS Pod"), by and through counsel, Garman Turner Gordon LLP and Schulte Roth & Zabel LLP, hereby files this *Second Unopposed Motion to Continue the Time for Defendant New SPS Pod LLC to Respond to Plaintiff's First Amended Complaint [ECF NO. 21] and Walgreen's Answer to Complaint and Cross Claim [ECF NO. 23]* ("Motion") and states as follows in support.  New SPS Pod has conferred with counsel for Plaintiff Rufael Kebede Mulugeta ("Plaintiff") and counsel for Defendant and Crossclaim-Plaintiff Walgreen Co. ("Walgreen"), and both Plaintiff and Walgreen consent to the extensions of time sought herein.

New SPS Pod seeks a two week extension of its time to respond to Plaintiff's First Amended Complaint ("Complaint") [ECF No. 21] and Walgreen's Answer to Complaint and Cross Claim ("Cross Claim") [ECF No. 23] so that the parties can have additional time to consider voluntarily withdrawing their claims against New SPS Pod without requiring New SPS Pod to incur the significant costs of briefing two motions to dismiss that ultimately will not need to be filed in the likely event that the claims are withdrawn.  This would be the second extension of New SPS Pod's time to respond, with the Court having granted New SPS Pod's first extension request [ECF No. 30], which New SPS Pod filed two weeks after it first learned of the Action due to the failure of its registered agent to provide timely notification of the Complaint.

There is a good faith basis for the extensions because New SPS Pod has been working diligently to discuss with both Plaintiff and Walgreen why they should withdraw their claims against New SPS Pod.  Over the course of several discussions with Plaintiff and Walgreen on the subject, both Plaintiff and Walgreen have indicated to New SPS Pod that they are likely to voluntarily withdraw the claims against New SPS Pod without prejudice.  New SPS Pod is hopeful that a final agreement as to withdrawal can be reached in the next few business days.  However, because New SPS Pod's deadline to respond to the Complaint and Cross Claim is April 1, 2024, if New SPS Pod is not granted another extension, New SPS Pod will have to incur significant resources to prepare its motions to dismiss, which only would need to be filed in the unlikely event that Plaintiff and Walgreen do not agree to withdraw their claims.

/ / /

Garman Turner Gordon LLP
Attorneys At Law
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

Accordingly, New SPS Pod respectfully requests, and Plaintiff and Walgreen have each consented to such request, that its responses to Plaintiff's Complaint and Walgreen's Cross Claim be due no later than April 15, 2024.

Dated this 21st day of March 2024.

GARMAN TURNER GORDON LLP

 /s/ Dylan T. Ciciliano
DYLAN T. CICILIANO
Nevada Bar. No. 12348
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

THOMAS L. MOTT (*Pro Hac Vice Forthcoming*)
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000
Fax: (212) 593-5955

*Attorneys for Defendant/Cross-Defendant New SPS Pod LLC*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED : 3/22/2024

Garman Turner Gordon LLP
Attorneys At Law
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

3 of 4

# CERTIFICATE OF SERVICE

The undersigned, an employee of Garman Turner Gordon LLP, hereby certifies that on March 21, 2024, she caused a copy of the foregoing **SECOND UNOPPOSED MOTION TO CONTINUE THE TIME FOR DEFENDANT NEW SPS POD LLC TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF NO. 21] AND WALGREEN'S ANSWER TO COMPLAINT AND CROSS CLAIM [ECF NO. 23]**, to be served electronically to all parties of interest through the Court's CM/ECF system.

| | |
|---|---|
| MARCUS A. BERG<br>Nevada Bar No. 9760<br>BOYD B. MOSS, III<br>Nevada Bar No. 8856<br>JOHN C. FUNK<br>Nevada Bar No. 9255<br>MOSS BERG INJURY LAWYERS<br>4101 Meadows Lane, Suite 110<br>Las Vegas, Nevada 89107<br>Tel: (702) 222-4555<br>Fax: (702) 222-4556<br>E-mail: marcus@mossberglv.com<br>          boyd@mossberglv.com<br>          john@mossberglv.com<br><br>*Attorneys for Plaintiff Rufael Kebede Mulugeta* | GEORGE M. RANALLI<br>Nevada Bar No. 5748<br>VICKI L. DRISCOLL<br>Nevada Bar No. 3939<br>JASON ANDREW FOWLER<br>Nevada Bar No. 8074<br>RANALLI & ZANIEL, LLC<br>2340 W. Horizon Ridge Parkway, Suite 100<br>Henderson, NV 89052<br>Tel: (702) 477-7774<br>Fax: (702) 477-7778<br>E-mail: ranalliservice@ranallilawyers.com<br>          vdriscoll@ranallilawyers.com<br>          jfowler@ranallilawyers.com<br><br>*Attorneys for Defendant/Cross-Claimant Walgreen Co.* |

                                              */s/ Tonya Binns*
                                              An employee of
                                              GARMAN TURNER GORDON, LLP

Garman Turner Gordon LLP
Attorneys At Law
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

4 of 4